**STATE of Missouri, Respondent,**

v.

**Anthony C. MINER, Appellant.**
**No. 70122.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 16, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 24, 1997.

Application for Transfer Denied
Jan. 27, 1998.

David C. Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

***ORDER***

PER CURIAM.

Appellant, Anthony C. Miner, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of forcible rape, RSMo section 566.030 (1986), forcible sodomy, RSMo

section 566.060.2 (1986), and tampering with a witness, RSMo section 575.020.2 (1986). We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. An extended opinion would serve no jurisprudential purpose. We affirm the judgment pursuant to Rule 30.25(b).